ORIGINAL

Psend ENTER JS6

Daniel J. McCarthy (Bar No. 101081)
*e-mail: dmccarthy@hillfarrer.com*
William A. White (Bar No. 121681)
*e-mail: wwhite@hillfarrer.com*
G. Cresswell Templeton, III (Bar No. 138398)
*e-mail: ctempleton@hillfarrer.com*
**HILL, FARRER & BURRILL LLP**
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Francis H. Morrison III (admitted *pro hac vice*)
*e-mail: fhmorrison@daypitney.com*
**DAY, BERRY & HOWARD LLP**
City Place I
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 275-0343
John T. Gutkoski (admitted *pro hac vice*)
*e-mail: jgutkoski@daypitney.com*
One International Place
Boston, MA 02110
Telephone: (617) 345-4600
Fax: (617) 345-4745

Attorneys for Plaintiffs
SENSITECH, INC. and
DONALD W. BERRIAN

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

LODGED
2007 APR 16 AM 11:37

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENSITECH, INC., a Delaware corporation, DONALD W. BERRIAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BUDD T. POHLE, an individual; CARGO DATA, LLC, a California limited liability corporation; CARGO DATA CORPORATION, a California corporation; TIME 'N TEMPERATURE COMPANY, a California corporation, EASTMAN PROPERTIES, LLC, a California limited liability company; and JANET WILLIAMS, | CASE NO. CV 06-5796-R (PLAx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~PROPOSED~~) ORDER** |

ENTERED
CLERK, U.S. DISTRICT COURT
APR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

25

an individual; and DOES 1 to 10, inclusive,

Defendants.

## STIPULATION

Pursuant to their April 2007 Settlement and Patent License Agreement ("Settlement Agreement"), Plaintiffs Sensitech, Inc. and Donald W. Berrian and Defendants Budd T. Pohle, Cargo Data, LLC, Cargo Data Corporation, Time N' Temperature Company, Eastman Properties, LLC and Janet Williams hereby stipulate to the dismissal with prejudice of all claims in this action, with all rights of appeal waived and each party bearing its own costs and attorneys' fees.

DATED: April 12, 2007

HILL, FARRER & BURRILL LLP
William A. White
G. Cresswell Templeton, III

By: ______________________
William A. White
Attorneys for Plaintiffs
SENSITECH, INC. and
DONALD W. BERRIAN

DATED: April 12, 2007

CISLO & THOMAS LLP
Daniel M. Cislo
David B. Sandelands

By: ______________________
Attorneys for Defendants
BUDD T. PHOLE, CARGO DATA, LLC, CARGO DATA CORPORATION, EASTMAN PROPERTIES, LLC, JANET WILLIAMS and TIME 'N TEMPERATURE COMPANY

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# ORDER

Based upon the Stipulation and agreement of the parties and good cause having been shown, **IT IS ORDERED:**

(1) This action is dismissed with prejudice and all rights of appeal waived in accordance with the parties' Stipulation and the Settlement Agreement referenced therein.

(2) Each party shall bear its own costs and attorneys' fees.

(3) The Court shall retain jurisdiction as necessary to interpret, modify, and enforce the terms of the Settlement Agreement referenced in the parties' Stipulation.

Dated: April 18, 2007

UNITED STATES DISTRICT JUDGE

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

**PROOF OF SERVICE**

I, Lisa Robertson, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, Los Angeles, California 90071-3147. On **April 16, 2007**, I served the within documents:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER**

| | |
|---|---|
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |

Daniel M. Cislo
David Sandelands
Cislo & Thomas LLP
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
Fax: (310) 394-4477

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 16, 2007**, at Los Angeles, California.

Lisa Robertson
Lisa Robertson